UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-cv-62198-RS

BEDABOX LLC D/B/A SHIPMONK, a
Florida Limited Liability Company

      Plaintiff,

v.

TROIS INVESTMENT INC., a North Carolina company,

      Defendant.

_____/

**PLAINTIFF'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, BEDABOX LLC D/B/A SHIPMONK, a Florida Limited Liability Company ("ShipMonk" or "Plaintiff"), by and through its undersigned counsel, hereby files its Corporate Disclosure Statement disclosing the following information:

    1.    ShipMonk does not have a parent corporation; and

    2.    ShipMonk is not a publicly traded company.

DATED:  November 27, 2023                Respectfully submitted,

                                                  */s/ Nicole Villamar*
                                                  Nicole Villamar, Esq.
                                                  Florida Bar Number: 1010639
                                                  Email:  nicole.villamar@akerman.com
                                                  Email: Wendy.Gonzalez@akerman.com
                                                  AKERMAN LLP
                                                  201 E. Las Olas Boulevard, Suite 1800
                                                  Fort Lauderdale, FL  33301
                                                  Phone:  (954) 463-2700
                                                  Fax:  (954) 463-2224

73738669;1

-and-

Scott M. Kessler (pro hac vice to be submitted)
New York Bar No. 4242905
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Email: scott.kessler@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve an electronic copy to all counsel of record.

*/s/ Nicole Villamar*
Nicole Villamar, Esq.