UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-62198-CIV-SMITH

BEDABOX, LLC,

    Plaintiff,
v.

TROIS INVESTMENT, INC.

    Defendant.
_____/

**ORDER**

This cause is before the Court *sua sponte*. "A federal court not only has the power but also the obligation at any time to inquire into jurisdiction whenever the possibility that jurisdiction does not exist arises." *Fitzgerald v. Seaboard Sys. R.R., Inc.*, 760 F.2d 1249, 1251 (11th Cir. 1985) (citations omitted). It is the plaintiff's responsibility to show, through factual allegations in the complaint, that federal subject matter jurisdiction exists. *See Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013).

Plaintiff alleges subject matter jurisdiction exists under 28 U.S.C. § 1332. Under § 1332, federal courts have diversity jurisdiction over civil actions between citizens of different states or foreign countries where the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332. Plaintiff seeks damages in excess of $75,000 but makes insufficient allegations to show complete diversity of citizenship exists.

Plaintiff alleges that Plaintiff, Bedabax, LLC is a Florida limited liability company with a principal address in Broward County, Florida and organized under the laws of Delaware. However, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*,

374 F.3d 1020, 1022 (11th Cir. 2004). Consequently, to sufficiently allege the citizenship of an unincorporated business entity, such as a limited liability company, "a party must list the citizenships of all the members of the limited liability company." *Id.* Thus, Plaintiff has failed to adequately allege its citizenship because it has not alleged the citizenship of each of Bedabox, LLC's members. Accordingly, it is

**ORDERED** that Plaintiff shall file an amended complaint clarifying its citizenship by **December 15, 2023**. **Failure to do so will result in dismissal of this action without further notice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of December 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record